

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2014

No. 04-14-00614-CV

Hector **GONZALEZ**,
Appellant

v.

**ATENEA CAPITAL MARKETS FUND, LP**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13872
Honorable Larry Noll, Judge Presiding

# O R D E R

On October 2, 2014, the trial court clerk filed a Notification of Late Record stating that the clerk's record will not be timely filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court